Thomas P. Kelly III, Attorney at Law
Law Offices of Thomas P. Kelly III P.C.
CA 230699, OR 080927, DC 1000147
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

Attorney for Creditors
Andrew Revocable Trust dated June 21, 2001
Burgess Trust dated October 9, 2006

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case Number: 24-10511 |
| LIVE OAK INVESTMENTS, L.P. | Chapter 11 |
| Debtor. | CERTIFICATE OF SERVICE |
| Tax ID : 47-3786181 | |
| | Judge: Hon. Charles Novack |
| | Court: 1300 Clay Street |
| | Courtroom 215 |
| | Oakland, California 94612 |
| | Date filed: September 12, 2024 |

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

CERTIFICATE OF SERVICE

Case: 24-10511   Doc# 17-4   Filed: 05/27/25   Entered: 05/27/25 14:02:27   Page 1 of
Page 1 of 3
10
24-10511 LIVE OAK INVESTMENTS L.P.

## CERTIFICATE OF SERVICE

I am a citizen of the United States, I am over the age of eighteen (18) years, I am an active member of the State Bar of California, I am employed at 50 Old Courthouse Square, Suite 609, Santa Rosa, California, and not a party to the within action. On the date of the execution of this Proof of Service, I caused to be served a true and correct copy of the documents bearing the titles listed below on the interested parties in the above-captioned action in the manner set forth below.

1. Via first class mail enclosed in a sealed envelope with postage thereon fully prepaid in a United States Post Office mail box at Santa Rosa, California bearing the names and addresses listed below, and via certified mail and/or priority mail with tracking if noted below.

2. Via e-mail transmission to the e-mail addresses listed below.

3. Via facsimile transmission to the facsimile numbers listed below with a true and correct copy of the confirmation sheet attached hereto.

4. Via overnight delivery enclosed in an envelope or package provided by an overnight delivery carrier and bearing the names and addresses listed below with an office or a regularly utilized drop box for the collection of overnight delivery packages for the overnight delivery carrier with a true and correct copy of the receipt for this delivery attached hereto.

5. Via ECF I electronically filed a copy of the following documents with the Clerk of the Court for the United States Bankruptcy Court, Northern District of California, using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the State of California and the laws of the United States that the foregoing is true and correct. Executed at Santa Rosa, California on the date referenced below.

Dated: May 27, 2025

_____
Thomas P. Kelly III
Attorney at Law

## DOCUMENTS SERVED

1. NOTICE OF HEARING
2. NOTICE OF MOTION TO APPOINT CHAPTER 11 TRUSTEE
3. MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION TO APPOINT CHAPTER 11 TRUSTEE
4. REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO APPOINT CHAPTER 11 TRUSTEE
5. DECLARATION OF WILLIAM ANDREW III IN SUPPORT OF MOTION TO APPOINT CHAPTER 11 TRUSTEE
6. CERTIFICATE OF SERVICE

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

CERTIFICATE OF SERVICE    Page 2 of 3

Case: 24-10511   Doc# 17-4   Filed: 05/27/25   Entered: 05/27/25 14:02:27   Page 2 of 10    24-10511 LIVE OAK INVESTMENTS L.P.

# ADDRESSES OF PARTIES SERVED

| | |
|---|---|
| Live Oak Investments LP<br>c/o Thomas B. Rupp Esq.<br>Keller Benvenutti Kim LLP<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br><br>Via ECF<br>Via email to trupp@kbkllp.com | LeFever Mattson Inc.<br>c/o Thomas B. Rupp Esq.<br>Keller Benvenutti Kim LLP<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br><br>Via ECF<br>Via email to trupp@kbkllp.com |
| Office of the United States Trustee<br>c/o Phillip J. Shine Esq.<br>Phillip J. Burton Federal Building<br>450 Golden Gate Avenue, Fifth Floor #05-0153<br>San Francisco, California 94102<br><br>Via ECF<br>Via email to jared.a.day@usdoj.gov | Office of the United States Trustee<br>c/o Jared A. Day Esq.<br>C. Clifton Young Federal Building<br>300 Booth Street, Room 3009<br>Reno, Nevada 89509<br><br>Via ECF<br>Via email to phillip.shine@usdoj.gov |
| Anderson 2001 Revocable Trust dated June 12, 2001<br>c/o Graham & Teresa Anderson, Trustees<br>129 Archer Drive<br>Santa Cruz, California 95060<br><br>Via first class mail<br>Via email to graham@sezame.com<br>Via email to teresaanderson@outlook.com | Chase Restated 1992 Chase Family Trust<br>John & Susan Chase, Trustees<br>c/o Daniel L. Egan Esq.<br>Wilke Fleury LLP<br>621 Capitol Mall, Suite 900<br>Sacramento, California 95814<br><br>Via ECF<br>Via email to degan@wilkefleury.com |
| Fleming Family Trust dated August 27, 1998<br>c/o John & Dominque Fleming, Trustees<br>350 Castenada Avenue<br>San Francisco, California 94116-1447<br><br>Via first class mail<br>Via email to flemingo135@yahoo.com | Fox Family Trust dated May 24, 2002<br>c/o Gary & Katherine Fox, Trustees<br>P.O. Box 1243<br>Fair Oaks, California 95628<br><br>Via first class mail<br>Via email to gfox@yfcministries.org<br>Via email to kathy@kathyfox.com |
| Girardi Revocable Living Trust dated May1, 2002<br>c/o John & Marsi Giard, Trustees<br>3265 Longhorn Ridge Road<br>Cameron Park, California 95682<br><br>Via first class mail<br>Via email to girharley56@gmail.com<br>Via email to marsigirardi@gmail.com | Katherine Ogg<br>49 Lyell Street<br>Los Altos, California 94022<br><br>Via first class mail<br>Via email to cellissimo@gmail.com<br>Via email to cellissimo@hotmail.com |
| Ray & Kim Davis<br>14210 Angelina Drive<br>Bay Town, Texas<br>77523<br><br>Via first class mail | The Willis McKelvey Rice and Linda Kay Rice Living Trust<br>c/o Willis & Linda Rice, Trustees<br>405 London Way<br>Sonoma, California 95476<br><br>Via first class mail<br>Via email to lrblueharp@gmail.com |

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

CERTIFICATE OF SERVICE    Page 3 of 3    24-10511 LIVE OAK INVESTMENTS L.P.

Case: 24-10511   Doc# 17-4   Filed: 05/27/25   Entered: 05/27/25 14:02:27   Page 3 of 10



LAW OFFICES OF THOMAS P. KELLY III P.C.
A PROFESSIONAL CORPORATION

50 OLD COURTHOUSE SQUARE, SUITE 609
SANTA ROSA, CALIFORNIA, 95404-4926

THE RICE LIVING TRUST
c/o WILLIS & LINDA RICE, TRUSTEES
405 LONDON WAY
SONOMA, CALIFORNIA
95476



LAW OFFICES OF THOMAS P. KELLY III P.C.
A PROFESSIONAL CORPORATION

50 OLD COURTHOUSE SQUARE, SUITE 609
SANTA ROSA, CALIFORNIA, 95404-4926

RAY & KIM DAVIS
14210 ANGELINA DRIVE
BAY TOWN, TEXAS
77523



LAW OFFICES OF THOMAS P. KELLY III P.C.

A PROFESSIONAL CORPORATION

50 OLD COURTHOUSE SQUARE, SUITE 609
SANTA ROSA, CALIFORNIA, 95404-4926

KATHERINE OGG
49 LYELL STREET
LOS ALTOS, CALIFORNIA
94022



LAW OFFICES OF THOMAS P. KELLY III P.C.
A PROFESSIONAL CORPORATION

50 OLD COURTHOUSE SQUARE, SUITE 609
SANTA ROSA, CALIFORNIA, 95404-4926

GIRARDI REVOCABLE LIVING TRUST
c/o JOHN & MARSI GIARD, TRUSTEES
3265 LONGHORN RIDGE ROAD
CAMERON PARK, CALIFORNIA
95682



LAW OFFICES OF THOMAS P. KELLY III P.C.
A PROFESSIONAL CORPORATION

50 OLD COURTHOUSE SQUARE, SUITE 609
SANTA ROSA, CALIFORNIA, 95404-4926

Fox Family Trust
c/o Gary & Katherine Fox, Trustees
P.O. Box 1243
Fair Oaks, California
95628

Case: 24-10511    Doc# 17-4    Filed: 05/27/25    Entered: 05/27/25 14:02:27    Page 8 of 10



LAW OFFICES OF THOMAS P. KELLY III P.C.

A PROFESSIONAL CORPORATION

50 OLD COURTHOUSE SQUARE, SUITE 609
SANTA ROSA, CALIFORNIA, 95404-4926

FLEMING FAMILY TRUST
c/o JOHN & DOMINQUE FLEMING, TRUSTEES
350 CASTENADA AVENUE
SAN FRANCISCO, CALIFORNIA
94116-1447

Case: 24-10511   Doc# 17-4   Filed: 05/27/25   Entered: 05/27/25 14:02:27   Page 9 of 10



LAW OFFICES OF THOMAS P. KELLY III P.C.

A PROFESSIONAL CORPORATION

50 OLD COURTHOUSE SQUARE, SUITE 609
SANTA ROSA, CALIFORNIA, 95404-4926

ANDERSON 2001 REVOCABLE TRUST
c/o GRAHAM & TERESA ANDERSON, TRUSTEES
129 ARCHER DRIVE
SANTA CRUZ, CALIFORNIA
95060